# Exhibit 1

CONNECT · BECKETT LOYALTY CLUB · CALENDAR · OFFERS · FORUMS    LOGIN

BECKETT IS HIRING    DOWNLOAD APP    PODCAST



Pricing/Checklists    MarketPlace

ALL CATEGORIES    Type in - Cards, Player    Cart (0)

ONLINE PRICE GUIDE
BECKETT SHIELD CARD SLEEVES  NEW
ORGANIZE/TRADE
BECKETT LOYALTY CLUB  NEW
MARKETPLACE
GRADING
PUBLICATIONS
COINS
CONFERENCES
MATCHMAKER
BECKETT AUTHENTICATION SERVICES
GAMING SLEEVES & ACCESSORIES  NEW

Grading FAQ
Holiday List
Our Representatives
Ask BGS
Autographed Cards Requiring BAS Authentication
BGS Submission Locations

COIN ON PRICE GUIDE    TOTAL COIN COLLECTOR    PUBLICATION

| | EDGES | COIN TYPE | PRECIOUS METALS | MINT MARK |
|---|---|---|---|---|
| | Plain | Basics | Gold | Philadelphia |
| | Reeded | Proofs | Silver | San Fransisco |
| atives | Lettered | Bullions | Platinum | West Point |
| | Gripped | Commemoratives | | Carson City |
| | Decorated | Satins | | New Orleans |
| | | | | Charlotte |

| | brecht | Anthony DeFrancisci | | |
| | ber | Frank Gasparro | | |
| e Fraser | | Thomas Rogers | | |

ld
i


Coins

| Cert # | Category | Set | Player | Centering | Corners | Edges | Surface | Grade | |
|---|---|---|---|---|---|---|---|---|---|
| 6573827 | Basketball | 2009-10 Topps Chrome Refractors Gold | Stephen Curry | 9.5 | 9.0 | 9.5 | 10.0 | 9.5 | View |
| 6771673 | Basketball | 2009-10 Topps Chrome Refractors Gold | Stephen Curry | 9.5 | 9.0 | 8.5 | 9.5 | 9.0 | View |
| 6787365 | Basketball | 2009-10 Topps Chrome Refractors Gold | Stephen Curry | 10.0 | 9.5 | 10.0 | 10.0 | 10.0 | View |
| 6791435 | Basketball | 2009-10 Topps Chrome Refractors Gold | Stephen Curry | 9.0 | 9.5 | 9.5 | 9.5 | 9.5 | View |
| 7928064 | Basketball | 2009-10 Topps Chrome Refractors Gold | Stephen Curry | 9.0 | 8.5 | 9.5 | 8.5 | 8.5 | View |
| 9122159 | Basketball | 2009-10 Topps Chrome Refractors Gold | Stephen Curry | 9.0 | 9.5 | 9.5 | 10.0 | 9.5 | View |
| 9123982 | Basketball | 2009-10 Topps Chrome Refractors Gold | Stephen Curry | 9.5 | 9.0 | 9.5 | 9.5 | 9.5 | View |
| 9214738 | Basketball | 2009-10 Topps Chrome Refractors Gold | Stephen Curry | 9.5 | 9.0 | 8.5 | 9.0 | 9.0 | View |
| 9214739 | Basketball | 2009-10 Topps Chrome Refractors Gold | Stephen Curry | 9.0 | 9.0 | 9.5 | 9.0 | 9.0 | View |
| 9320616 | Basketball | 2009-10 Topps Chrome Refractors Gold | Stephen Curry | 9.0 | 9.0 | 9.0 | 9.5 | 9.0 | View |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 9494248 | Basketball | 2009-10 Topps Chrome Refractors Gold | Stephen Curry | 9.5 | 9.5 | 9.5 | 9.5 | 9.5 | View |
| 9529960 | Basketball | 2009-10 Topps Chrome Refractors Gold | Stephen Curry | 9.0 | 9.0 | 10.0 | 9.5 | 9.0 | View |
| 9652344 | Basketball | 2009-10 Topps Chrome Refractors Gold | Stephen Curry | 9.0 | 8.5 | 9.0 | 9.0 | 9.0 | View |
| 10371619 | Basketball | 2009-10 Topps Chrome Refractors Gold | Stephen Curry | 9.5 | 9.0 | 9.5 | 9.5 | 9.5 | View |
| 10538229 | Basketball | 2009-10 Topps Chrome Refractors Gold | Stephen Curry | 9.0 | 9.0 | 10.0 | 9.5 | 9.0 | View |
| 10874344 | Basketball | 2009-10 Topps Chrome Refractors Gold | Stephen Curry | 9.5 | 9.0 | 9.0 | 9.5 | 9.0 | View |
| 11601343 | Basketball | 2009-10 Topps Chrome Refractors Gold | Stephen Curry | 9.0 | 9.0 | 9.0 | 9.5 | 9.0 | View |
| 12077972 | Basketball | 2009-10 Topps Chrome Refractors Gold | Stephen Curry | 9.0 | 9.5 | 8.5 | 9.5 | 9.0 | View |
| 12125539 | Basketball | 2009-10 Topps Chrome Refractors Gold | Stephen Curry | 9.5 | 9.0 | 9.5 | 9.5 | 9.5 | View |
| 12240686 | Basketball | 2009-10 Topps Chrome Refractors Gold | Stephen Curry | 9.5 | 9.0 | 9.5 | 9.5 | 9.5 | View |
| 12443369 | Basketball | 2009-10 Topps Chrome Refractors Gold | Stephen Curry | 9.5 | 9.0 | 9.5 | 9.5 | 9.5 | View |
| 12766365 | Basketball | 2009-10 Topps Chrome Refractors Gold | Stephen Curry | 9.5 | 9.0 | 9.5 | 9.5 | 9.5 | View |
| 12829507 | Basketball | 2009-10 Topps Chrome Refractors Gold | Stephen Curry | 9.0 | 8.5 | 9.5 | 9.5 | 9.0 | View |
| 13080524 | Basketball | 2009-10 Topps Chrome Refractors Gold | Stephen Curry | 9.0 | 8.0 | 7.0 | 7.5 | 7.5 | View |
| 14601286 | Basketball | 2009-10 Topps Chrome Refractors Gold | Stephen Curry | 9.0 | 9.5 | 9.5 | 10.0 | 9.5 | View |
| 15118997 | Basketball | 2009-10 Topps Chrome Refractors Gold | Stephen Curry | 9.5 | 9.0 | 9.5 | 9.5 | 9.5 | View |

29 records found

**BROWSE BY**

Players Directory
Team Directory
Set Directory
Brand Directory
Manufacturer Directory
Multi-Product
Beckett Preferred
Baseball Cards
Basketball Cards
Football Cards

**BECKETT PRODUCTS**

Beckett Marketplace
Magazines — Subscribe Now!
Beckett Authentication Services
Comic Book Certification Service (CBCS)
Beckett Grading Service
Beckett Store
Beckett Certified Appraisal
Dynamic Duo Offer
Beckett Loyalty Club
Beckett ⊕

**OTHER LINKS**

Store Locator
About Beckett Collectibles, LLC
Show Calendar
Become a Retailer
Grading & Authentication Store Locator
Grading FAQs
Contact Us
Work with us





---

Privacy Policy    Terms of Service    Help        Copyright © 2022, Beckett Collectibles, LLC. All rights reserved.