# Exhibit 3



CONNECT | BECKETT LOYALTY CLUB | CALENDAR | OFFERS | FORUMS | LOGIN

BECKETT IS HIRING | DOWNLOAD APP | PODCAST

Pricing/Checklists | MarketPlace

ALL CATEGORIES | Type in - Cards, Player | Cart (0)

COIN ON PRICE GUIDE | TOTAL COIN COLLECTOR | PUBLICATION

| EDGES | COIN TYPE | PRECIOUS METALS | MINT MARK |
|---|---|---|---|
| Plain | Basics | Gold | Philadelphia |
| Reeded | Proofs | Silver | San Fransisco |
| Lettered | Bullions | Platinum | West Point |
| Gripped | Commemoratives | | Carson City |
| Decorated | Satins | | New Orleans |
| | | | Charlotte |

atives

brecht     Anthony DeFrancisci
ber        Frank Gasparro
Fraser     Thomas Rogers

ld
i



ONLINE PRICE GUIDE
BECKETT SHIELD CARD SLEEVES  NEW
ORGANIZE/TRADE
BECKETT LOYALTY CLUB  NEW
MARKETPLACE
GRADING
PUBLICATIONS
COINS
CONFERENCES
MATCHMAKER
BECKETT AUTHENTICATION SERVICES
GAMING SLEEVES & ACCESSORIES  NEW

Grading FAQ
Holiday List
Our Representatives
Ask BGS
Autographed Cards Requiring BAS Authentication
BGS Submission Locations

| ID | Sport | Set | Player | | | | | |
|---|---|---|---|---|---|---|---|---|
| 6573827 | Basketball | 2009-10 Topps Chrome Refractors Gold | Stephen Curry | 9.5 | 9.0 | 9.5 | 10.0 | 9.5 | View |
| 6771673 | Basketball | 2009-10 Topps Chrome Refractors Gold | Stephen Curry | 9.5 | 9.0 | 8.5 | 9.5 | 9.0 | View |
| 6787365 | Basketball | 2009-10 Topps Chrome Refractors Gold | Stephen Curry | 10.0 | 9.5 | 10.0 | 10.0 | 10.0 | View |
| 6791435 | Basketball | 2009-10 Topps Chrome Refractors Gold | Stephen Curry | 9.0 | 9.5 | 9.5 | 9.5 | 9.5 | View |
| 7928064 | Basketball | 2009-10 Topps Chrome Refractors Gold | Stephen Curry | 9.0 | 8.5 | 9.5 | 8.5 | 8.5 | View |
| 9122159 | Basketball | 2009-10 Topps Chrome Refractors Gold | Stephen Curry | 9.0 | 9.5 | 9.5 | 10.0 | 9.5 | View |
| 9123982 | Basketball | 2009-10 Topps Chrome Refractors Gold | Stephen Curry | 9.5 | 9.0 | 9.5 | 9.5 | 9.5 | View |
| 9214738 | Basketball | 2009-10 Topps Chrome Refractors Gold | Stephen Curry | 9.5 | 9.0 | 8.5 | 9.0 | 9.0 | View |
| 9214739 | Basketball | 2009-10 Topps Chrome Refractors Gold | Stephen Curry | 9.0 | 9.0 | 9.5 | 9.0 | 9.0 | View |
| 9320616 | Basketball | 2009-10 Topps Chrome Refractors Gold | Stephen Curry | 9.0 | 9.0 | 9.0 | 9.5 | 9.0 | View |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 9494248 | Basketball | 2009-10 Topps Chrome Refractors Gold | Stephen Curry | 9.5 | 9.5 | 9.5 | 9.5 | 9.5 | View |
| 9529960 | Basketball | 2009-10 Topps Chrome Refractors Gold | Stephen Curry | 9.0 | 9.0 | 10.0 | 9.5 | 9.0 | View |
| 9652344 | Basketball | 2009-10 Topps Chrome Refractors Gold | Stephen Curry | 9.0 | 8.5 | 9.0 | 9.0 | 9.0 | View |
| 10371619 | Basketball | 2009-10 Topps Chrome Refractors Gold | Stephen Curry | 9.5 | 9.0 | 9.5 | 9.5 | 9.5 | View |
| 10538229 | Basketball | 2009-10 Topps Chrome Refractors Gold | Stephen Curry | 9.0 | 9.0 | 10.0 | 9.5 | 9.0 | View |
| 10874344 | Basketball | 2009-10 Topps Chrome Refractors Gold | Stephen Curry | 9.5 | 9.0 | 9.0 | 9.5 | 9.0 | View |
| 11601343 | Basketball | 2009-10 Topps Chrome Refractors Gold | Stephen Curry | 9.0 | 9.0 | 9.0 | 9.5 | 9.0 | View |
| 12077972 | Basketball | 2009-10 Topps Chrome Refractors Gold | Stephen Curry | 9.0 | 9.5 | 8.5 | 9.5 | 9.0 | View |
| 12125539 | Basketball | 2009-10 Topps Chrome Refractors Gold | Stephen Curry | 9.5 | 9.0 | 9.5 | 9.5 | 9.5 | View |
| 12240686 | Basketball | 2009-10 Topps Chrome Refractors Gold | Stephen Curry | 9.5 | 9.0 | 9.5 | 9.5 | 9.5 | View |
| 12443369 | Basketball | 2009-10 Topps Chrome Refractors Gold | Stephen Curry | 9.5 | 9.0 | 9.5 | 9.5 | 9.5 | View |
| 12766365 | Basketball | 2009-10 Topps Chrome Refractors Gold | Stephen Curry | 9.5 | 9.0 | 9.5 | 9.5 | 9.5 | View |
| 12829507 | Basketball | 2009-10 Topps Chrome Refractors Gold | Stephen Curry | 9.0 | 8.5 | 9.5 | 9.5 | 9.0 | View |
| 13080524 | Basketball | 2009-10 Topps Chrome Refractors Gold | Stephen Curry | 9.0 | 8.0 | 7.0 | 7.5 | 7.5 | View |
| 14601286 | Basketball | 2009-10 Topps Chrome Refractors Gold | Stephen Curry | 9.0 | 9.5 | 9.5 | 10.0 | 9.5 | View |
| 15118997 | Basketball | 2009-10 Topps Chrome Refractors Gold | Stephen Curry | 9.5 | 9.0 | 9.5 | 9.5 | 9.5 | View |

29 records found

**BROWSE BY**

- Players Directory
- Team Directory
- Set Directory
- Brand Directory
- Manufacturer Directory
- Multi-Product
- Beckett Preferred
- Baseball Cards
- Basketball Cards
- Football Cards

**BECKETT PRODUCTS**

- Beckett Marketplace
- Magazines — Subscribe Now!
- Beckett Authentication Services
- Comic Book Certification Service (CBCS)
- Beckett Grading Service
- Beckett Store
- Beckett Certified Appraisal
- Dynamic Duo Offer
- Beckett Loyalty Club
- Beckett ⊕

**OTHER LINKS**

- Store Locator
- About Beckett Collectibles, LLC
- Show Calendar
- Become a Retailer
- Grading & Authentication Store Locator
- Grading FAQs
- Contact Us
- Work with us





---

Privacy Policy    Terms of Service    Help    Copyright © 2022, Beckett Collectibles, LLC. All rights reserved.

