UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| ALT SPORTS CARD FUND GP LLC, as the General Partner of Alt Sports Card Fund, L.P.; ALT PLATFORM, INC., <br><br>  Plaintiffs, <br><br> v. <br><br> BECKETT COLLECTIBLES, LLC, <br><br>  Defendant. | No. 3:22-cv-02867-N |

**BECKETT COLLECTIBLES, LLC'S RESPONE TO
PLAINTIFFS' REQUEST FOR CLERK TO ENTER DEFAULT**

Defendant Beckett Collectibles, Inc ("Beckett") files this Response in opposition to Plaintiffs' Request for Clerk to Enter Default and requests the clerk to deny such request as moot.

Since the denial of Defendant's Motion to Dismiss, the parties have been actively engaged in discovery, and even recently conferring to schedule depositions. At no time was the issue of a missing Answer raised, and counsel for Defendant mistakenly believed the answer had been previously filed. Following the filing of Plaintiffs' Request for Clerk to Enter Default and the filing of Defendant's Answer to the Amended Complaint, counsel for Defendant conferred with Plaintiffs' counsel who agreed that the Request was now moot, and that Plaintiffs would be withdrawing the Request to enter Default.

Therefore, Defendant Beckett Collectibles, LLC requests that Plaintiffs' Request for Clerk to Enter Default be denied in its entirety and grant such further relief to which Defendant may be entitled.

28137514v1 92001.031.00

Dated: November 8, 2023

          Respectfully submitted,

**CONDON TOBIN SLADEK THORNTON NERENBERG PLLC**

*/s/ Kendal B. Reed*
Aaron Z. Tobin
Texas State Bar No. 24028045
Kendal B. Reed
Texas State Bar No. 24048755
Abigail R.S. Campbell
Texas State Bar No. 24098959
8080 Park Lane, Suite 700
Dallas, Texas 75231
Telephone: (214) 265-3800
Facsimile: (214) 691-6311
atobin@condontobin.com
kreed@condontobin.com
acampbell@condontobin.com

*Attorneys for Defendant*
*Beckett Collectibles, LLC*

## CERTIFICATE OF SERVICE

    I hereby certify that on November 8, 2023, the foregoing was electronically submitted to the clerk of court for the United States District Court for the Northern District of Texas using the Court's electronic filing system and that all counsel of record have been served electronically or as authorized by the Federal Rules of Civil Procedure.

          */s/ Kendal B. Reed*
          Kendal B. Reed

28137514v1 92001.031.00